OWNERS INS. CO.

AGENCY WESTERN DAKOTA INSURORS
10-0005-00    ML    MKT TERR 036

INSURED DONALD LINDSAY

Company Bill

**POLICY NUMBER** **48-654-973-02**
Company Use    77-20-SD-1012

Term 12-12-2010  to  12-12-2011

## SCHEDULE A
### (Underlying Insurance Requirements)

| CARRIER CODE | TYPE OF POLICY | YOU HAVE AGREED TO MAINTAIN MINIMUM PRIMARY LIMITS |
|---|---|---|
| A) | COMPREHENSIVE PERSONAL LIABILITY<br>Single Limit | $300,000 ea occ |
| B) | AUTOMOBILE LIABILITY<br>Bodily Injury Liability<br><br>and Property Damage | $500,000 ea person<br>$500,000 ea occ<br>$100,000 ea occ |

**UNDERLYING CARRIER SCHEDULE**

A) AUTO-OWNERS INSURANCE COMPANY
B) OWNERS INSURANCE COMPANY

Exhibit "3"