# AUTO-OWNERS INSURANCE COMPANY

## EXECUTIVE UMBRELLA FORMS
## - ALPHABETICAL INDEX -

Each form includes notes that provide information for the use, company, applicable States, and kind of policy.

20    Executive Umbrella

(A)    (E)    (P)    (U)
(B)    (F)    (R)    (W)
(D)    (M)    (T)

| TITLE | FORM NO. |
|---|---|
| **A** | |
| **ADDITIONAL INTEREST ENDORSEMENT** – To afford coverage to additional insureds.<br>SOIC State – FL<br>Kind – 20 | 26317 (FL) (09-89) |
| **AMENDMENT OF AIRCRAFT EXCLUSION** – Excludes aircraft.<br>SOIC State – FL<br>Kind – 20 | 2678 (FL) (04-84) |
| **AUTOMOBILE LIABILITY – FOLLOWING FORM**<br>Places the automobile liability coverage on a following form basis.<br>SOIC State – FL<br>Kind – 20 | 26609 (FL) (11-05) |
| **B** | |
| **BODILY INJURY - FOLLOWING FORM ENDORSEMENT** – Places Bodily Injury for certain vehicles on a Following Form basis.<br>SOIC State – FL<br>Kind – 20 | 26083 (FL) (01-85) |
| **D** | |
| **DESIGNATED WATERCRAFT EXCLUSION** – Use to exclude liability coverage for specified watercraft.<br>SOIC State – FL<br>Kind – 20 | 26634 (FL) (01-07) |
| **E** | |
| **EXCLUSION OF FUNGI OR BACTERIA** – Excludes Personal Injury and Property Damage caused by fungi or bacteria<br>SOIC State – FL<br>Kind – 20 | 26493 (FL) (07-03) |
| **EXCLUSION OF MOTOR VEHICLES** – Excludes specific types of motor vehicles from the Executive Umbrella.<br>SOIC State – FL<br>Kind – 20 | 26062 (FL) (12-83) |
| **EXCLUSION OF A NAMED PERSON ENDORSEMENT** – Excludes automobile coverage for a named person under the Executive Umbrella.<br>SOIC State – FL<br>Kind – 20 | 26063 (FL) (12-83) |
| **EXCLUSION OF PERSONAL INJURY TO INSUREDS FOLLOWING FORM** – | 26265 (FL) (03-86) |

Exhibit "7"

CONFIDENTIAL
39 Lindsay v. Owners Insurance Company
U.S. District Court, District of South Dakota
Western Division, Civ. 12-5066

DEF 2026

Provides coverage for personal injury to insureds on a following form basis.
SOIC State – FL
Kind – 20

**EXCLUSION OF SPECIFIED PREMISES OR OPERATIONS** – Selectively exclude portions of the Insured's operations or an extra hazardous location.
SOIC State – FL
Kind – 20

26230 (FL) (03-77)

**EXCLUSION – OWNED AUTOMOBILES** – Excludes Liability for owned automobiles.
SOIC State – FL
Kind – 20

26919 (FL) (12-07)

**EXECUTIVE UMBRELLA POLICY –**
SOIC State – FL
Kind – 20

26029 (FL) (09-83)

**F**

**FLORIDA AMENDMENT OF CANCELLATION CONDITION** – Amends the Executive Umbrella policy Conditions to conform to Florida statutes.
SOIC State – FL
Kind – 20

26326 (FL) (03-91)

**FLORIDA AMENDATORY ENDORSEMENT** – To indicate what the retained limit is. Endorsement states we will waive the self-insured retention if the underlying Auto and Homeowners is written with a company in the Auto-Owners Group.
SOIC State – FL
Kind – 20

26351 (FL) (06-94)

**FLORIDA POLICY NONRENEWAL** – Amends the Conditions of the Executive Umbrella to include a non-renewal provision.
SOIC State – FL
Kind - 20

26394 (FL) (10-97)

**FOLLOWING FORM ENDORSEMENT – EXECUTIVE** - Follow form the umbrella coverage to cover only those items covered in the underlying insurance.
SOIC State – FL
Kind – 20

26360 (FL) (09-95)

**M**

**MARITIME LIABILITY EXCLUSION** – Excludes coverage for Maritime Liability
SOIC State – FL
Kind – 20

26068 (FL) (12-83)

**P**

**POLLUTION LIABILITY – FOLLOWING FORM** - Mandatory endorsement to exclude basic Pollution Liability on an Executive Umbrella policy.
SOIC State – FL
Kind – 20

26331 (FL) (09-91)

**PRODUCTS HAZARD EXCEPTION ENDORSEMNT** – Designed for use in excluding product under the products hazard.
SOIC State – FL
Kind – 20

2613 (FL) (03-90)

**PUNITIVE DAMAGES – FOLLOWING FORM ENDORSEMENT–**
SOIC State – FL
Kind – 20

26918 (FL) (12-07)

**R**
**RECREATIONAL VEHICLES - FOLLOWING FORM ENDORSEMENT** – Places

26081 (FL) (01-85)

CONFIDENTIAL
40 Lindsay v. Owners Insurance Company
U.S. District Court, District of South Dakota
Western Division, Civ. 12-5066

DEF 2027

Recreational Vehicle coverage on a following form basis.
SOIC State – FL
Kind – 20

**RELATIVE – AMENDMENT OF DEFINITION** – Amends the definition of relative.     26474 (FL) (09-02)
SOIC State – FL
Kind – 20

## U

**UMBRELLA SUPPLEMENTAL APPLICATION (FLORIDA)/UNINSURED MOTORIST**     26079 (FL) (03-08)
**COVERAGE** – Supplemental umbrella application for uninsured motorist coverage in Florida.
SOIC State – FL
Kind – 20

**UNINSURED MOTORIST ENDORSEMENT (FL, TN)** – This endorsement extends the     26048 (FL) (02-05)
umbrella to provide coverage for Uninsured Motorist and Excess Uninsured Motorist coverage.
SOIC State – FL
Kind - 20

## W

**WATERCRAFT EXCLUSION ENDORSEMENT** – To exclude liability coverage for     26055 (FL) (03-90)
watercraft from the policy. In some cases the insured has other specific coverage on watercraft and does not want coverage duplicated under this policy.
SOIC State – FL
Kind – 20

**WATERCRAFT LIABILITY – FOLLOWING FORM** – This endorsement will follow form     26256 (FL) (09-85)
watercraft on the Executive Umbrella policy.
SOIC State – FL
Kind – 20

**WATERSKIING - FOLLOWING FORM ENDORSEMENT** – Places waterskiing     26082 (FL) (01-85)
coverage on a following form basis.
SOIC State – FL
Kind – 20

CONFIDENTIAL
41 Lindsay v. Owners Insurance Company
U.S. District Court, District of South Dakota
Western Division, Civ. 12-5066

DEF 2028