# Owners

26354   (05-94)
Issued   12-14-2010

**INSURANCE COMPANY**
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

UMBRELLA POLICY DECLARATIONS

Effective 12-12-2010

AGENCY   WESTERN DAKOTA INSURORS
10-0005-00     ML     MKT TERR 036     (605) 642-2624

POLICY NUMBER     48-654-973-02

INSURED   DONALD LINDSAY
          MARGARET LINDSAY

Company Use     77-20-SD-1012

ADDRESS   521 HARMON ST

          STURGIS SD 57785-2400

Company Bill

| POLICY TERM | |
|---|---|
| 12:01 a.m. 12-12-2010 | to  12:01 a.m. 12-12-2011 |

## FOR COMPANY/AGENCY USE ONLY

THE FOLLOWING ATTACHMENTS WERE ISSUED WITH THIS TRANSACTION
  26029  (05-00)    26334  (11-92)    59154  (02-86)    26265  (03-86)    59325  (07-04)
  26331  (09-91)    26043  (02-82)    26474  (09-02)    26348  (06-07)

PREMIUM/COMMISSION RECAP
     $186.00  @ 15.0%

BILLING TYPE              COMPANY BILL - FULL PAY

BILLING ACCOUNT NUMBER    011956897

INSURED COPY MAILED TO    INSURED

TRAILBACK DATE            12-14-2010
   TRAX NUMBER            01015          AGENT KEYED ENTRY

Exhibit "8"

26029 (5-00)

## A GUIDE TO YOUR POLICY

INSURING AGREEMENT .................................................................................................................. Page 1
DEFINITIONS .................................................................................................................................... Page 1
COVERAGES .................................................................................................................................... Page 3
EXCLUSIONS .................................................................................................................................... Page 3
CONDITIONS .................................................................................................................................... Page 4

## INSURING AGREEMENT

We agree to provide insurance subject to all the terms of this policy. In return, you must pay the premium and comply with all the policy terms.

This policy applies to personal injury and property damage which occur during the policy period as shown in the Declarations. The limits of our liability and the premium are also shown in the Declarations.

## DEFINITIONS

To understand this policy, you must understand what we mean when we use these words:

**"You"** or **"your"** means the person named in the Declarations and his or her spouse if living in the same household.

**"We"**, **"us"** or **"our"** means the Company providing this insurance.

**"Automobile"** means:

(a) a land motor vehicle, trailer or semi-trailer designed for travel on public roads; and

(b) any attached machinery or equipment;

but "automobile" does not mean, except when towed or carried on an automobile, any of the following:

(a) a utility, boat, camp or home trailer;

(b) a recreational vehicle;

(c) a crawler or farm type tractor or farm implement; or

(d) if not subject to motor vehicle registration, any equipment which is designed for use principally off public roads.

**"Business"** means a trade, profession or occupation other than farming.

**"Business Property"** means property:

(a) on which business is conducted;

(b) rented in whole or in part to others; or

(c) held for such rental.

**"Insured"** means you and also:

(a) A relative, except with respect to aircraft or watercraft. However, any use of a nonowned auto, other than a temporary substitute auto, by a relative must be with the reasonable belief that such use is with, and within the scope of, the permission of the owner.

(b) Any person using an automobile or watercraft you own, hire or borrow and any person or firm liable for the use of such vehicle or craft. Any person using an aircraft you own. Actual use must be with the reasonable belief that such use is with, and within the scope of, your permission.

(c) A relative with respect to any aircraft you hire or borrow.